# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2486
Lower Tribunal No. 2023-CA-000360

_____

JOANYS OLIVERA,

Appellant,

v.

NAPLES GOLF & BEACH CLUB, INC., d/b/a NAPLES BEACH HOTEL & GOLF CLUB,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

February 17, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and KAMOUTSAS, JJ., concur.


Daniel R. Schwartz and Douglas F. Eaton, of Eaton & Wolk, PL, Miami, for Appellant.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED